IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **10-cv-1486-AP**

**In re: TIMOTHY GEMELLI and
KIMBERLY GEMELLI,**

        Debtors.

**TIMOTHY GEMELLI and
KIMBERLY GEMELLI,**

        Appellants,

v.

**SALLY ZEMAN, Chapter 13 Trustee,**

        Appellee.

---

**ORDER**

---

Kane, J.

This matter is before the court on Appellant's Motion for Enlargement of Time to File Reply Brief (doc. #20), filed November 29, 2010. I decline to rule on this motion. In light of the already painfully slow progress of this case through briefing, I direct that this case be drawn to a judge and the issue of yet another extension be reserved for that judge.

Dated this 1st day of December, 2010.

                                      BY THE COURT:

                                      *s/John L. Kane*
                                      John L. Kane, Senior Judge
                                      United States District Court